**Reginald F. MILEY–BUTLER, Plaintiff–Appellant,**

v.

**Valerie CARTER, Program Director; Scott Baird, Major/Asst. Superintendent Operations, Defendants–Appellees.**

No. 14–7822.

United States Court of Appeals, Fourth Circuit.

Submitted: April 10, 2015.

Decided: May 1, 2015.

Reginald F. Miley–Butler, pro se.

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald F. Miley–Butler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) action without prejudice pursuant to Fed.R.Civ.P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miley–Butler v. Carter,* No. 1:14–cv–01146–AJT–JFA (E.D.Va. Nov. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*